1
AARON D. FORD
   Attorney General
2
NATHAN C. HOLLAND, Bar No. 15247
   Deputy Attorney General
3
State of Nevada
Public Safety Division
4
100 N. Carson Street
Carson City, Nevada 89701-4717
5
Tel: (775) 684-1254
E-mail: NHolland@ag.nv.gov
6

7
*Attorneys for Defendants*
*Dixon, Elkenberry, and Shore*

8
                    **UNITED STATES DISTRICT COURT**

9
                         **DISTRICT OF NEVADA**

10
CHRISTOPHER LOWRY,
                                              Case No.  3:20-cv-00100-MMD-WGC
11
                    Plaintiff,

12
vs.                                           **STIPULATION AND ORDER OF**
                                              **DISMISSAL, WITH PREJUDICE**
13
DIXON, et al.,

14
                    Defendants.

15        It is hereby stipulated and agreed by and between Plaintiff, Christopher Lowry, in *pro per*, and

16   by Defendants, Dixon, Eikeberry, and Shore, by and through counsel, Aaron D. Ford, Nevada Attorney

17   General, and Nathan C. Holland, Deputy Attorney General, that the above-captioned matter be

18   dismissed with prejudice,

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

                                                    1

and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed
upon at the Early Mediation Conference which concluded on April 06, 2021.

AARON D. FORD
Attorney General

DATED: _May 07_, 2021

By: _____
Christopher Lowry, #1152992
Plaintiff *Pro Se*

DATED: _May 14_, 2021

By: _____
Nathan Holland, Bar No. 15247
Deputy Attorney General
*Attorneys for NDOC Defendants*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _May 17, 2021_

1

**CERTIFICATE OF SERVICE**

2      I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that

3 on this 14th day of May, 2021, I caused to be served, a true and correct copy of the foregoing,

4 **STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE**, by U.S. District Court

5 CM/ECF Electronic Filing on:

6  Christopher Lowry #1152992
   Lovelock Correctional Center
7  1200 Prison Road
   Lovelock, NV 89419
8  lcclawlibrary@doc.nv.gov

9

10                                             /s/Perla M. Hernandez

11                                        An employee of the
                                         Office of the Attorney General

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28